1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HONORABLE MARSHA J. PECHMAN

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRYAN D. MIZE,

                              Plaintiff,

        vs.

JPMORGAN CHASE BANK, N.A.;
NORTHWEST TRUSTEE SERVICES,

                              Defendants.

NO.  2:11-CV-01245-MJP

JP MORGAN CHASE BANK, N.A.'S
RESPONSE TO PLAINTIFF'S
MOTION FOR INJUNCTION

        COMES NOW the defendant, JPMorgan Chase Bank, N.A. (hereinafter "Chase") by

and through its attorneys of record, Ann T. Marshall, and Bishop, White, Marshall & Weibel,

P.S. and submits the following in response to the Plaintiff's motion for an injunction.  Docket

No. 14.  On August 31, 2011, Mr. Mize agreed to re-set the hearing on his motion for an

injunction in this matter, if Chase would set over its foreclosure sale.  Chase agreed to set its

sale for November 4, 2011, and circulated a proposed stipulation and order, attached as

Exhibit A hereto.  Defendant NWTS agreed to and approved the form of the stipulation and

order.  Mr. Mize has not responded.  Chase requests that the hearing be continued as agreed to

the week of October 10, 2011, or the week of October 17, for a date and time the Court has

JP MORGAN CHASE BANK, N.A.'S
RESPONSE TO PLAINTIFF'S MOTION
FOR INJUNCTION.- 1
#2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1

2

available for hearing oral argument, as the Court indicated that the matter should be set for

oral argument.

3

4            DATED this 29th day of August, 2011.

5                                              BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

6

7                              _____/s/_____

8                                              Ann T. Marshall, WSBA #23533
                                               Attorneys for JP Morgan Chase Bank, NA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JP MORGAN CHASE BANK, N.A.'S                   BISHOP WHITE, MARSHALL & WEIBEL, P.S.
RESPONSE TO PLAINTIFF'S MOTION                        720 OLIVE WAY, SUITE 1201
FOR INJUNCTION.- 2                                 SEATTLE, WASHINGTON 98101-1801
#2:11-cv-01245-MJP                                206/622-5306  FAX:  206/622-0354