UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN D. MIZE,<br><br>    Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES,<br><br>    Defendants. | NO. 2:11-CV-01245-MJP<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Bryan D. Mize, and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Northwest Trustee Services, by and through their undersigned counsel, hereby stipulate and agree that the hearing on the Plaintiff's Motion for Preliminary Injunction, currently set for September 9, 2011, should be continued to October 14, 2011. Chase agrees and will continue the subject trustee's sale to November 4, 2011.

STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
MOTION FOR PRELIMINARY
INJUNCTION - 1
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

STIPULATED AND AGREED this 2nd day of September, 2011.

_____        _____/s_____
Bryan D. Mize                                      Ann T. Marshall, WSBA No. 23533
Plaintiff                                                 Devra Featheringill, WSBA No. 32182
                                                       Bishop, White, Marshall & Weibel, P.S.
                                                       Attorneys for Defendant, JPMorgan Chase
                                                       720 Olive Way Suite 1201
                                                       Seattle WA 98101
                                                       Tel. (206) 622-5306
                                                       Fax. (206) 622-0354
                                                       amarshall@bwmlegal.com
                                                       dfeatheringill@bwmlegal.com

_____/s_____
Heidi E. Buck, WSBA No. 41769
Routh Crabtree Olsen, P.S.
Attorney for Defendant, Northwest Trustee Services
13555 SE 36th St., Suite 300
Bellevue, WA 98006
Tel. (425) 485-2121
Fax. (425) 458-2131

### [PROPOSED] ORDER

Based upon the foregoing stipulation, the hearing on the Plaintiff's Motion for Preliminary Injunction shall be continued to October 14, 2011.

IT IS SO ORDERED this ____ day of September, 2011.

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION - 2
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1
2
3       _____
        Honorable Marsha J. Pechman
        District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
MOTION FOR PRELIMINARY
INJUNCTION - 3
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354