11-CV-01245-ORD

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRYAN D. MIZE,

    Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.;
NORTHWEST TRUSTEE SERVICES,

    Defendants.

NO. 2:11-CV-01245-MJP

STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION

    Plaintiff Bryan D. Mize, and Defendants JPMorgan Chase Bank, N.A. ("Chase") and Northwest Trustee Services, by and through their undersigned counsel, hereby stipulate and agree that the hearing on the Plaintiff's Motion for Preliminary Injunction, currently set for September 9, 2011, should be continued to October 14, 2011. Chase agrees and will continue the subject trustee's sale to November 4, 2011.

STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
MOTION FOR PRELIMINARY
INJUNCTION - 1
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

Case 2:11-cv-01245-MJP   Document 21   Filed 09/09/11   Page 2 of 3
Case 2:11-cv-01245-MJP   Document 20   Filed 09/08/11   Page 2 of 3

STIPULATED AND AGREED this 2nd day of September, 2011.

_____/s_____
Bryan D. Mize
Plaintiff
By Approval via E-Mail

_____/s_____
Ann T. Marshall, WSBA No. 23533
Devra Featheringill, WSBA No. 32182
Bishop, White, Marshall & Weibel, P.S.
Attorneys for Defendant, JPMorgan Chase
720 Olive Way Suite 1201
Seattle WA 98101
Tel. (206) 622-5306
Fax. (206) 622-0354
amarshall@bwmlegal.com
dfeatheringill@bwmlegal.com

_____/s_____
Heidi E. Buck, WSBA No. 41769
Routh Crabtree Olsen, P.S.
Attorney for Defendant, Northwest Trustee Services
13555 SE 36th St., Suite 300
Bellevue, WA 98006
Tel. (425) 485-2121
Fax. (425) 458-2131
By Approval via E-Mail

### [PROPOSED] ORDER

Based upon the foregoing stipulation, the hearing on the Plaintiff's Motion for Preliminary Injunction shall be continued to October 14, 2011.

IT IS SO ORDERED this _9_ day of September, 2011.

STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
MOTION FOR PRELIMINARY
INJUNCTION - 2
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

*[signature]*

Honorable Marsha J. Pechman
District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER FOR
CONTINUANCE OF HEARING ON
MOTION FOR PRELIMINARY
INJUNCTION - 3
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354