UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN D. MIZE,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES,<br><br>　　　　　　　Defendants. | NO. 2:11-CV-01245-MJP<br><br>JOINT STATUS REPORT AND<br>DISCOVERY PLAN |

In compliance with the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement issued on September 1, 2011, the parties respectfully submit a Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule CR 16.

I. **STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE**

Plaintiff's Complaint alleges Defendants violated the Washington State Deed of Trust Act (RCW 61.24 et seq), the Real Estate Settlement Procedures Act (RESPA), the Truth in Lending Act (TILA), the Fair Debt Collections Practices Act (FDCPA), the Fair Credit Reporting Act, and the Washington Consumer Protection Act (CPA) in connection

JOINT STATUS REPORT AND
DISCOVERY PLAN - 1
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

with the origination and servicing of his loan, and with the foreclosure proceedings which were initiated on the property secured by that loan.

## II. STATEMENT OF THE ADR METHOD TO BE USED

The parties have chosen mediation as the ADR method to be used.

## III. STATEMENT OF DATE THAT ADR PROCEEDING WILL TAKE PLACE

The mediation proceeding will take place after the deadline for filing all dispositive motions, when the parties will stipulate to an agreed upon date for mediation to take place within a reasonable time thereafter.

## IV. PROPOSED DEADLINE FOR JOINING OTHER PARTIES

The proposed deadline for joining other parties to the lawsuit will occur on December 1, 2011.

## V. PROPOSED DISCOVERY PLAN

A. The FRCP 26(a) conference took place on October 5, 2011 and the FRCP 26(a) initial disclosures were made on October 5, 2011.

B. Discovery may be needed with respect to the facts and circumstances surrounding the claims in Plaintiff's complaint, specifically in connection with Defendants' alleged violations of state and federal consumer protection statutes and the damages Plaintiff alleges to have suffered as a result.

C. At this time, there are no proposed changes to the limitations on discovery imposed by federal and local rules.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 2
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354

D. The parties are committed to working together in a cooperative manner to avoid discovery conflicts and to efficiently complete necessary tasks relating to discovery.

E. The parties do not anticipate the need for additional orders under FRCP 26(c) or under Local Rule CR 16(d), or (c).

## VI. DATE BY WHICH THE REMAINDER OF DISCOVERY MAY BE COMPLETED

The remainder of discovery shall be completed pursuant to FRCP and the local rules, 120 days prior to the trial date.

## VII. MAGISTRATE JUDGE

The parties do not agree to the appointment of a full-time Magistrate.

## VIII. WHETHER THE CASE SHOULD BE BIFURCATED

The parties agree that the case should be tried in whole and should not be bifurcated by trying liability issues separate from damages, nor should the case be bifurcated in any other way.

## IX. WHETHER PRETRIAL STATEMENT AND ORDER SHOULD BE DISPENSED WITH

The parties would prefer not to dispense with the pretrial statement and order.

## XI. OTHER SUGGESTIONS FOR SHORTENING OR SIMPLIFYING THE CASE

The parties have no other suggestions for the shortening or simplification of the case at this time, but the parties are amenable to working together to streamline the case as is practicable.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 3
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

## XII. THE DATE BY WHICH THE CASE WILL BE READY FOR TRIAL

The parties agree that Trial should be scheduled in accordance with the FRCP and local rules.

## XIII. WHETHER THE TRIAL WILL BE JURY OR NON-JURY

The defendants agree that the instant case should be resolved through a non-jury trial. The plaintiff would prefer to reserve the determination to a later date.

## XIV. THE NUMBER OF TRIAL DAYS REQUIRED

The parties expect that 1-2 trial days are required.

## XV. THE NAMES, ADDRESSES, AND TELEPHONE NUMBERS OF ALL TRIAL COUNSEL

Bryan D. Mize
20908 48th Ave. W.
Lynwood, WA 92034
(206) 349-0733

Ann T. Marshall
Devra Featheringill
Bishop, White, Marshall & Weibel, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1801
(206) 622-5306
Attorneys for Chase

Heidi Buck
Routh Crabtree & Olsen, P.S.
13555 SE 36th St, Suite 300
Bellevue, WA 98006
(425) 458-2121
Attorneys for Northwest Trustee Services

## XVI. IF ALL DEFENDANTS WERE NOT SERVED

JOINT STATUS REPORT AND
DISCOVERY PLAN - 4
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

All parties have been served accordingly.

## XVII. A SCHEDULING CONFERENCE PRIOR TO SCHEDULING ORDER

None of the parties have expressed a wish to schedule a conference prior to a scheduling order being entered in the case.

Dated this 17th day of October, 2011.

Presented by:

/s/ Bryan D. Mize, pursuant to email authorization
Bryan D. Mize
*Plaintiff*

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

/s/ Devra F. Featheringill
Devra Featheringill, WSBA #32182
*Attorneys for Defendant Chase*

ROUTH CRABTREE & OLSEN, P.S.

/s/ Heidi Buck, pursuant to email authorization
Heidi Buck, WSBA #41769
Attorneys for Defendant Northwest Trustee Services

JOINT STATUS REPORT AND
DISCOVERY PLAN - 5
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington and the United States of America that on this 17th day of October, 2011, I caused to be delivered a copy of the foregoing to the following in the manner indicated:

| | |
|---|---|
| Bryan D. Mize<br>20908 – 48th Avenue W.<br>Lynnwood, WA 98036<br>Email: sirmize@gmail.com | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[X] By CM/ECF |
| Heidi Buck<br>Routh Crabtree Olsen, P.S.<br>13555 SE 36th St Suite 300<br>Bellevue WA 98006<br>Email: hbuck@rcolegal.com | [ ] By United States Mail<br>[ ] By Legal Messenger<br>[ ] By Federal Express<br>[X] By CM/ECF |

Signed this 17th day of October, 2011, at Seattle, Washington.

/s/Kay Spading
Kay Spading

JOINT STATUS REPORT AND
DISCOVERY PLAN - 6
Case No. 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354