HONORABLE MARSHA J. PECHMAN

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN D. MIZE,

            Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A.;
NORTHWEST TRUSTEE SERVICES,

            Defendants.

NO. 2:11-cv-01245-MJP

JPMORGAN CHASE BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

COMES NOW the defendant, JPMorgan Chase Bank, N.A. (hereinafter "Chase") by and through its attorneys of record, Bishop, White, Marshall & Weibel, P.S. and Devra Featheringill and submits the following Response To Plaintiff's Motion to Compel Responses to Discovery.

Chase is providing complete discovery responses to Plaintiff in the next 2 days. Chase's delay was the result of having to collect a number of documents. Plaintiff and

JPMORGAN CHASE BANK, N.A.'S
RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 1
No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

1  counsel for Chase have been in contact and Plaintiff is aware that the documents are
2  forthcoming. As a result, both parties anticipate that the Plaintiff's Motion will be
3  stricken.

4  DATED this 7th day of May, 2012.

By: /s/Devra Featheringill
Devra Featheringill, WSBA #32182
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
720 Olive Way, Suite 1201
Seattle, WA 98101-1801
Telephone: 206-622-5306
Fax: 206-622-0354
E-Mail: dfeatheringill@bwmlegal.com
Attorneys for Defendant JPMorgan Chase Bank, N.A.

JPMORGAN CHASE BANK, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL- 2
No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX: 206/622-0354

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington by using its CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Heidi E. Buck | [ ] By United States Mail |
| Routh Crabtree Olsen | [ X ] By CM/ECF |
| 13555 SE 36th St, Ste 300 | [ ] By Federal Express |
| Bellevue, WA 98006 | [ ] By Facsimile |
| *Attorney for Defendant Northwest Trustee Services* | |

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, to the following non-CM/ECF participant:

| | |
|---|---|
| Bryan D. Mize | [X] By United States Mail |
| 20908 48th Ave W | [ ] By CM/ECF |
| Lynnwood, WA 98036 | [ ] By Federal Express |
| *Plaintiff Pro Se* | [ ] By Facsimile |

Signed this 7th day of May, 2012 at Seattle, Washington.

By: s/Kay Spading
Kay Spading, Legal Assistant
Bishop, White, Marshall & Weibel, P.S.

JPMORGAN CHASE BANK, N.A.'S
RESPONSE TO PLAINTIFF'S MOTION
TO COMPEL- 3
No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306 FAX: 206/622-0354