THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRYAN D. MIZE,

        Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.;
NORTHWEST TRUSTEE SERVICES,
INC.

        Defendants.

NO. 2:11-cv-01245-MJP

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Ha Thu Dao, Esq., hereby enters appearance on behalf of Plaintiff Bryan D. Mize effective immediately and requests that all pleadings, motions and correspondence concerning the above-styled case to be served upon her at the address listed herein.

DATED this 23rd day of August, 2012.

/s/ Ha Thu Dao

Ha Thu Dao, WSBA 21793
3501 Rucker Ave, Everett, WA 98201
(727) 269-9334/Fax 727-264-2447
hadaojd@gmail.com
Attorney for Plaintiff