UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN D. MIZE, | CASE NO. C11-1245 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JPMORGAN CHASE BANK, N.A.; and NORTHWEST TRUSTEE SERVICES, INC., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has reviewed Plaintiff's "Emergency Motion for Ex Parte Order Deferring Ruling on Defendants' Separate Motions for Summary Judgment" (Dkt. No. 45) and Northwest Trustee's response thereto (Dkt. No. 46). Plaintiff has failed to cite any authority for the proposition that it can file an emergency motion for an ex parte order to this effect. The Court thus DENIES the motion. However, in the interests of judicial economy and efficiency, the Court will withhold ruling on Northwest Trustee's motion for summary judgment until Plaintiff's

1   motion for voluntary dismissal is ripe and can be considered.  The Court will then consider the

2   motions in the manner it deems appropriate.

3   The Court also notes that both parties are misinformed as to the noting date of Northwest

4   Trustee's motion and the response deadline for Plaintiff.  Northwest Trustee's motion notes on

5   September 7, 2012, not August 31, 2012, meaning that Plaintiff's opposition is not due until the

6   Monday before it notes.  <u>See</u> Local Rule CR 7(d)(3); (Dkt. No. 38.)  As such, Plaintiff may still

7   file an opposition to that motion.

8   The clerk is ordered to provide copies of this order to all counsel.

9   Filed this 30th day of August, 2012.

10

11                                                          <u>William M. McCool</u>
                                                            Clerk of Court

12
                                                            <u>s/Mary Duett</u>
13                                                          Deputy Clerk

14

15

16

17

18

19

20

21

22

23

24