HONORABLE MARSHA J. PECHMAN

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRYAN D. MIZE,

                  Plaintiff,

    vs.

JPMORGAN CHASE BANK, N.A.;
NORTHWEST TRUSTEE SERVICES,

             Defendants.

NO.  2:11-CV-01245-MJP

JP MORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

NOTE ON MOTIONS CALENDAR SEPTEMBER 14, 2012

COMES NOW the defendant, JPMorgan Chase Bank, N.A. (hereinafter "Chase") by and through its attorneys of record, Devra D. Featheringill, and Bishop, White, Marshall & Weibel, P.S. and submits the following Opposition to the Plaintiff's motion for voluntary dismissal.  Docket No. 43.  Chase requests that this Court deny the motion to dismiss without prejudice.  Chase has filed a motion for summary judgment, and expended significant legal resources in defending Plaintiff's allegations.  Chase is entitled to an adjudication on the merits.

CHASE'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL.- 1
Case No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1    Further, it is Plaintiff's burden to be ready to prosecute his claims when he filed the

2   action.   Plaintiff filed this case on July 27, 2011.   Docket No. 1.   Since then, he has

3   propounded discovery, sent out subpoenas, and filed various motions.   Both defendants

4   have responded to discovery, and have filed motions for summary judgment, which are

5   currently pending.   Plaintiff did not seek to have the case dismissed until both motions

6   were filed.

7    Fed.R. Civ.P. 41(a)(2) provides that "an action may be dismissed at the plaintiff's

8   request only by court order, on terms that the court considers proper." The purpose of Rule

9   41(a) (2) is to protect the nonmovant from unfair treatment.   *Bridgeport Music, Inc. v.*

10   *Universal–MCA Pub., Inc*., 583 F.3d 948, 953 (6th Cir.2009).   Whether dismissal should

11   be granted is within the sound discretion of the Court.   *Grover by Grover v. Eli Lilly and*

12   *Co*., 33 F.3d 716, 718 (6th Cir.1994).   In analyzing a motion to dismiss Fed. R. Civ. P.

13   41(a)(2), the Court must determine whether the defendant/nonmovant would suffer legal

14   prejudice from a dismissal without prejudice. *Id.*   In reviewing whether the defendant(s)

15   will suffer legal prejudice, the Court must consider factors such as "the defendant's effort

16   and expense of preparation for trial, excessive delay and lack of diligence on the part of the

17   plaintiff in prosecuting the action, insufficient explanation for the need to take a dismissal,

18   and whether a motion for summary judgment has been filed by the defendant." *Id*. at 718.

19

20    Here, Chase will suffer legal prejudice if Plaintiff is permitted to dismiss this action

21   without prejudice.   Over the course of the past year, Chase has been required to expend

22   legal expense and resources in responding to discovery requests, a number of motions,

23   filing its pending motion for summary judgment, and otherwise defending Plaintiff's

24

25   CHASE'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL.- 2
Case No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354

1  allegations.  Further, Plaintiff could have dismissed this matter without prejudice at any

2  point prior to the filing of the motions for summary judgment by Chase and Northwest

3  Trustee Services, Inc..  Plaintiff gives no reason for the delay in filing his motion to

4  dismiss.  It is evident that Plaintiff filed the motion in order to avoid a potential dismissal

5  with prejudice on Defendants' motions for summary judgment.  If Plaintiff is allowed to

6  dismiss the case at this late date, Defendants will be denied the opportunity to have this

7  matter adjudicated on the merits pursuant to their motions, and forced to expend more

8  litigation costs should Plaintiff re-file.

9
        Accordingly, Chase requests that Plaintiff's Motion to Dismiss pursuant to 41(a)(2)

10  be granted only if dismissal is with prejudice.

11
        DATED this 10th day of September, 2012.

12
13
                                        By:  /s/Devra Featheringill
                                        Devra Featheringill, WSBA #32182
14                                      BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                        720 Olive Way, Suite 1201
15                                      Seattle, WA  98101-1801
                                        Telephone: 206-622-5306
16                                      Fax:  206-622-0354
                                        E-Mail: dfeatheringill@bwmlegal.com
17                                      Attorneys for Defendant JPMorgan Chase Bank,
                                        N.A.
18
19
20
21
22
23
24
25  CHASE'S RESPONSE TO PLAINTIFF'S          BISHOP WHITE, MARSHALL & WEIBEL, P.S.
    MOTION FOR VOLUNTARY                              720 OLIVE WAY, SUITE 1201
    DISMISSAL.- 3                                  SEATTLE, WASHINGTON 98101-1801
    Case No.: 2:11-cv-01245-MJP                  206/622-5306  FAX:  206/622-0354

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington by using its CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Heidi E. Buck                                           [  ] By United States Mail
Routh Crabtree Olsen                           [ X ] By CM/ECF
13555 SE 36th St, Ste 300                     [  ] By Federal Express
Bellevue, WA  98006                             [  ] By Facsimile
E:  hbuck@rcolegal.cm
*Attorney for Defendant Northwest Trustee*
*Services*
                                                              [  ] By United States Mail
Ha Thu Dao                                          [ X ] By CM/ECF
3501 Rucker Ave                                   [  ] By Federal Express
Everett, WA  98201                               [  ] By Facsimile
E:  hadaojd@gmail.com
*Attorney for Plaintiff*

Signed this 10th day of September, 2012 at Seattle, Washington.

By:  s/Kay Spading
Kay Spading, Legal Assistant
Bishop, White, Marshall & Weibel, P.S.

CHASE'S RESPONSE TO PLAINTIFF'S
MOTION FOR VOLUNTARY
DISMISSAL.- 4
Case No.: 2:11-cv-01245-MJP

BISHOP WHITE, MARSHALL & WEIBEL, P.S.
720 OLIVE WAY, SUITE 1201
SEATTLE, WASHINGTON 98101-1801
206/622-5306  FAX:  206/622-0354